**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2165**

DHIRAJ CHHAPARWAL,

Plaintiff – Appellant,

v.

WEST VIRGINIA COLLEGE OF MEDICINE AND HEALTH SCIENCES
CENTER; UNIVERSITY HEALTH ASSOCIATES; NORMAN FERRARI, III,
M.D.; MARTIN WEISSE, M.D.; MATHEW BRUNNER, M.D.; NANCY
BRUNNER, M.D.; KATHLEEN PERKINS, M.D.; JENNIFER PUMPHREY,
M.D.; JEAN SOMESHWAR, M.D.; MELISSA LARZO, M.D.; MEGAN
TROISCHT, M.D.; HEATHER HIXENBAUGH, M.D.; MICHAEL WOLFE;
JOHN/JANE DOES I-X,

Defendants – Appellees,

and

WEST VIRGINIA UNIVERSITY HOSPITALS, INCORPORATED; BRUCE
MCCLYMONDS, President and CEO,

Defendants.

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Frederick P. Stamp,
Jr., Senior District Judge. (1:07-cv-00089-FPS-JSK)

Submitted: May 18, 2010          Decided: June 9, 2010

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dhiraj Chhaparwal, Appellant Pro Se. Christi R.B. Stover, STEPTOE & JOHNSON, LLP, Morgantown, West Virginia; Richard Michael Yurko, Jr., STEPTOE & JOHNSON, LLP, Clarksburg, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dhiraj Chhaparwal appeals the district court's order granting summary judgment in favor of the Appellees on Chhaparwal's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Chhaparwal v. WV College of Medicine, No. 1:07-cv-00089-FPS-JSK (N.D. W. Va. Sept. 9, 2009). We also deny Chhaparwal's motion for transcripts at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED